No. 684. ARMAND SCHMOLL, PETITIONER, v. THE UNITED STATES. April 13, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. W. Wickham Smith* and *Mr. John K. Maxwell* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

No. 685. ROBERT DOLLAR ET AL., PETITIONERS, v. ST. PAUL FIRE and MARINE INSURANCE COMPANY ET AL. April 13, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles Page, Mr. Edward J. McCutchen* and *Mr. Samuel Knight* for petitioners. *Mr. Walter H. Robinson* for respondents.

No. 587. WILLIAM PORTER DAVIS, JR., TRUSTEE, ETC., PETITIONER, v. B. CROMPTON ET AL., ETC. April 20, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Samuel W. Cooper* for petitioner. *Mr. William A. Carr* for respondents.

No. 688. THE VILLAGE OF SARATOGA SPRINGS ET AL., PETITIONERS, v. THE CAMERON SEPTIC TANK COMPANY. April 20, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Melville Church* and *Mr. Charles L. Sturtevant* for petitioners. *Mr. Livingston Gifford* for respondent.

No. 691. FRANK T. W. PALMER, PETITIONER, v. FORDYCE G. BRADLEY ET AL. April 20, 1908. Petition for a writ of certi-